Writ of Error dated     day of 1823, and 47th year of American Independence, returnable on the second *Monday* of *June* next, shall not be dismissed for want of date.

### Smith and Howell *against* Winthrop.

JUDGE *Gayle* delivered the opinion of the Court.

In this case the counsel for the defendant in Error moves to quash the writ of Error because it is uncertain when it was issued and when returnable. The writ of Error is dated the     day of     1823, and 47th year of American Independence, and returnable to the Supreme Court " on the second *Monday* of *June* next." The Statute in relation to the subject requires the clerk, on application of the party or his Attorney, to issue a writ of Error returnable to the first day of the next Term. This writ of Error, from its date, appears to have issued before the fourth day of *July*, 1823. Unless the contrary appeared on the face of the writ, we are bound to presume that it was made returnable as required by the Statute. There is then enough in the date to shew that it issued subsequent to *December*.

1822, and that it was returnable to *June* Term, 1823. The
motion must be overruled.